IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE COUNTY OF JEFFERSON,<br><br>Plaintiff,<br><br>vs.<br><br>PURDUE PHARMA L.P., *et al*,<br><br>Defendants. | CASE NO. 2:18-cv-00037-EAS-EPD<br><br>Chief Judge Edmund A. Sargus, Jr.<br><br>Chief Magistrate Judge<br>Elizabeth A. Preston Deavers |

## ORDER

For good cause shown, the unopposed motion of Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc., Endo Pharmaceuticals Inc., Allergan plc, Allergan Finance, LLC f/k/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Endo Health Solutions Inc., and Insys Therapeutics, Inc. (collectively, "Manufacturer Defendants") to stay the date by which to respond to the Complaint (ECF No. 13) is **GRANTED**. The Manufacturer Defendants shall have sixty (60) days after the final determination of removal to answer, move, or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Chief Magistrate Judge Deavers